| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| LEON D. BAYER, ESQ., BAR NO. 89027<br>BAYER, WISHMAN, LEOTTA<br>888 S. Figueroa Street, Ste 1970<br>Los Angeles, CA 90017<br>Tel 213-629-8801<br>Fax 213-629-8802<br><br>Attorney for Debtor | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>BRECKENRIDGE v. ONEWEST BANK<br><br>Debtor(s). | |
|---|---|
| MONICA LYNN BRECKENRIDGE<br>Plaintiff(s),<br>vs.<br>ONEWEST BANK, FSB<br>Defendant(s). | CHAPTER: 13<br><br>CASE NO.: 2:09-ap-02170-EC<br><br>ADVERSARY NO.: 2:09-ap-02170-EC<br><br>(No Hearing Required) |

## MOTION FOR DEFAULT JUDGMENT
## UNDER LOCAL BANKRUPTCY RULE 7055-1

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1. Name of Defendant(s) against whom default judgment is sought *(Name)*: OneWest Bank, FSB

2. Plaintiff filed the Complaint in the above-captioned proceeding on *(specify date)*: 6/23/09

3. The Summons and Complaint were served on Defendant by ☐ Personal Service ☒ Mail Service on the following date *(specify date)*: 2/1/10

4. A conformed copy of the completed Return of Summons form is attached hereto.

5. The time for filing an Answer or other response expired on *(specify date)*: 3/1/10

6. No Answer or other response has been filed or served by Defendant.

7. The default of Defendant:
   a. ☐ Has not yet been entered, but is hereby requested
   b. ☒ Was entered on *(specify date)*: 3/23/10

8. **A Status Conference:**
   a. ☒ Is scheduled for *(specify date, time, and place)*: 4/28/10 at 2:00 pm CTRM 1639
   b. ☐ Was held on *(specify date, time, and place)*: 255 E. Temple Street, Los Angeles, CA 90012

*(Continued on next page)*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                            F 7055-1.2

Motion for Default Judgment under Local Bankruptcy Rule 7055-1 - *Page 2*    **F 7055-1.2**

| In re<br>BRECKENRIDGE v. ONEWEST BANK | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NO.: 2:09-ap-02170-EC |

9. As proof that Plaintiff is entitled to the relief requested in the Complaint, Plaintiff:
   a. ☒ Relies on the Complaint and documents attached thereto.
   b. ☒ Attaches the following documents to establish a prima facie case:
      (1) ☒ Declaration of *(specify)*: Attorney Leon D. Bayer in Support of Request for Default Judgment
      (2) ☒ Declaration of *(specify)*: Debtor, Monica Lynn Breckenridge
      (3) ☒ Other *(specify)*: Exhibits A-C

10. As further support for entry of a Default Judgment, Plaintiff submits a Memorandum of Points and Authorities *(Optional)*.

11. **DECLARATION OF NON-MILITARY STATUS:** No defendant named in Paragraph 1 above is in the military service so as to be entitled to the benefits of the Servicemembers Civil Relief Act (Pub. L. 108-189) (50 U.S. Code App. §§ 501-594). The undersigned declares under penalty of perjury that this statement of defendant's non-military status is true and correct and is made under penalty of perjury under the laws of the United States of America based upon the undersigned's review of said Defendant's Statement of Affairs and Statement of Income and Expenditures filed in this case and is based upon the undersigned's lack of any information or belief that there has been any change of circumstances as to defendant's non-military status.

12. Defaulting party is not an infant or incompetent party.

WHEREFORE, Plaintiff prays that this Court enter a Default Judgment in favor of Plaintiff. A Copy of the proposed Default Judgment is submitted herewith and has been served.

Dated: MAR 2 9 2010

Respectfully submitted,

BAYER, WISHMAN & LEOTTA
Firm Name

By: [signature]

Name: LEON D. BAYER
*Attorney for Plaintiff or Plaintiff*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 7055-1.2**

Motion for Default Judgment under Local Bankruptcy Rule 7055-1 - *Page 3*    **F 7055-1.2**

| In re | CHAPTER: 13 |
|---|---|
| BRECKENRIDGE v. ONEWEST BANK | |
| Debtor(s). | CASE NO.: 2:09-ap-02170-EC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
888 S. Figueroa Street, Los Angeles, CA 90017

A true and correct copy of the foregoing document described as Motion for Default Judgment Under Local Bankruptcy Rule 9021-1 with Attorney's Declaration, Debtor's Declaration in Support, *    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:
*Exhibits A-C

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On 3/29/10     I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 3/29/10     I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Judge Ellen Carroll (served via personal delivery) U.S. Bankruptcy Court, Roybal Federal Building, 255 E. Temple Street, Los Angeles, CA 90012-3332.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/29/09 | Megan E. Caron | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                           **F 7055-1.2**

Motion for Default Judgment under Local Bankruptcy Rule 7055-1 - *Page 4*     **F 7055-1.2**

| In re | CHAPTER: 13 |
|---|---|
| BRECKENRIDGE v. ONEWEST BANK Debtor(s). | CASE NO.: 2:09-ap-02170-EC |

## ADDITIONAL SERVICE INFORMATION (if needed):

Service List

*All served via US Mail

Defendant Additional Address (Certified First Class Mail):
OneWest Bank
Attn. Terry Laughlin
CEO & President
888 E. Walnut Street
Pasadena, CA 91101

Additional Address for Lien Holder (Served via Certified First Class Mail)
(Per OneWest Rep.- Maria
at Pasadena Corporate Headquarters)
CSC
2711 Centerville Road
Wilmington, DE 19808
888-690-2882


Chapter 13 Trustee (Served via US Mail)
Kathy A. Dockery
700 S. Flower Street
Ste 1950
Los Angeles, CA 90017

Monica Lynn Breckenridge (Served via US Mail)
3943 Wellington Road
Los Angeles, CA 90008

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009     **F 7055-1.2**

Case 2:09-ap-02170-EC    Doc 18    Filed 03/29/10    Entered 03/29/10 10:26:22    Desc
                         Main Document    Page 5 of 17
Case 2:09-ap-02170-EC    Doc 13    Filed 02/01/10    Entered 02/01/10 13:14:56    Desc
                         Main Document    Page 1 of 10
Case 2:09-ap-02170-EC    Doc 11    Filed 01/29/10    Entered 01/29/10 13:10:22    Desc
                         Main Document    Page 1 of 3
Case 2:09-ap-02170-EC    Doc 9    Filed 01/21/10    Entered 01/21/10 14:43:48    Desc
                         Main Document    Page 1 of 3

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| LEON D. BAYER, Bar No. 89027<br>BAYER, WISHMAN & LEOTTA<br>Attorneys at Law<br>888 South Figueroa Street<br>Suite 1970<br>Los Angeles, CA 90017<br>(213) 629-8801 Telephone<br>(213) 629-8802 Facsimile<br><br>*Attorney for Plaintiff* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>MONICA LYNN BRECKENRIDGE<br><br>Debtor. | CHAPTER 13<br>CASE NUMBER 2:09-bk-30710-EC<br>ADVERSARY NUMBER 2:09-ap-02170-EC |
|---|---|
| MONICA LYNN BRECKENRIDGE<br>Plaintiff(s),<br>vs.<br>ONEWEST BANK, FSB<br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br>Alias<br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by __3-1-10__, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

Hearing Date: __4/28/10__   Time: __2:02 pm__   Courtroom: __1639__   Floor: __16th__

☒ 255 East Temple Street, Los Angeles  ☐ 411 West Fourth Street, Santa Ana
☐ 21041 Burbank Boulevard, Woodland Hills  ☐ 1415 State Street, Santa Barbara
☐ 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: __1/29/10__

JON D. CERETTO
Clerk of the Bankruptcy Court

By: __Sharon Sumlin__
Deputy Clerk

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 (COA-SA)                                                                            F 7004-1



# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
#### OFFICE OF THE CLERK

JON D. CERETTO
Executive Officer
Clerk of Court



## RE: REVISED INFORMATION REGARDING THE LOS ANGELES COUNTY BAR ASSOCIATION/PUBLIC COUNSEL BANKRUPTCY PRO BONO PROGRAM

The Los Angeles County Bar Association, in conjunction with Public Counsel, has implemented a Bankruptcy Pro Bono Program in the Los Angeles and San Fernando Valley divisions. Currently, this program is available only for defendants in § 523 non-dischargeability adversary proceedings who cannot afford an attorney. If the defendant cannot afford an attorney, he or she may apply for free legal representation with Public Counsel. All applicants will first be screened for eligibility. If found eligible, an attorney may be found who will represent the applicant in the § 523 non-dischargeability adversary proceeding free of charge.

To apply for legal representation under this program or for additional information, please contact Public Counsel. For contact information, please see the "Notice to Defendants of Availability of Los Angeles County Bar Association/Public Council Bankruptcy Pro Bono Program." The most current version of this notice can be obtained from our web site at *www.cacb.uscourts.gov*. To access the notice, double click on the "Pro Bono Program" button on the left-hand side of our web site. Then select the file named DAP.PDF. **Do not contact the Clerk's Office for information regarding your eligibility for this program.**

Plaintiffs in § 523 non-dischargeability adversary proceedings filed in the Los Angeles and San Fernando Valley divisions will be required to serve a notice of the availability of the above program on the defendants along with the Summons and Notice of Status Conference and to provide proof of such service with the Court. A sample of the notice of the availability of the program is attached to this Public Notice.

**JON D. CERETTO
CLERK OF COURT**

99-015

# FREE LEGAL HELP

A creditor has sued you in bankruptcy court. You were served with a Summons and Complaint, and you must now file an Answer. If you do not file an Answer on time, the court may enter a default judgment against you. This means that your debt may not be discharged and you will be responsible for paying it back.

## IF YOU CAN NOT AFFORD AN ATTORNEY, FREE LEGAL HELP MAY BE AVAILABLE.

For more information, call:

**Public Counsel's**

**Debtor Assistance Project Hotline**

**(213) 385-2977, ext. 704**



35TH ANNIVERSARY

THE PUBLIC INTEREST LAW OFFICE OF THE LOS ANGELES COUNTY AND BEVERLY HILLS BAR ASSOCIATIONS

| Summons and Notice of Status Conference - *Page 2* | | F 7004-1 |
|---|---|---|
| In re                (SHORT TITLE) | | CASE NO.: 2:09-bk-30710-EC |
| MONICA LYNN BRECKENRIDGE | Debtor(s). | 2:09-ap-02170-EC |

**NOTE:** When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

888 S. FIGUEROA STREET, STE 1970, LOS ANGELES, CA 90017.

A true and correct copy of the foregoing document described as **ALIAS SUMMONS WITH NOTICE OF STATUS CONFERENCE, COPY OF AMENDED SCHEDULING ORDER AND *** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:
COMPLAINT FILED HEREIN.

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On **2/1/10** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

KATHY A. DOCKERY, 700 S. FLOWER ST., STE 1950, LOS ANGELES, CA 90017-4212 (SERVED VIA US MAIL).

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **2/1/10** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

HONORABLE JUDGE ELLEN CARROLL, LOS ANGELES DIVISION, US BANKRUPTCY COURT, ROYBAL FEDERAL BUILDING, 255 E. TEMPLE STREET, LOS ANGELES, CA 90012-3332 (SERVED VIA PERSONAL DELIVERY).

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/1/10 | MEGAN E. CARON | _(signed)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 (COA-SA)                                                                F 7004-1

Summons and Notice of Status Conference - *Page 3*     **F 7004-1**

| In re (SHORT TITLE) | | CASE NO.: 2:09-bk-30710-EC |
|---|---|---|
| MONICA LYNN BRECKENRIDGE | Debtor(s). | 2:09-ap-02170-EC |

**ADDITIONAL SERVICE INFORMATION** (if needed):

\* PARTIES BELOW SERVED VIA US MAIL

(Proof of proper service of process attached)

Lien Holder/Agent
for Service of Process
(Per OneWest Rep.- Maria
at Pasadena Corporate Headquarters)
ONEWEST BANK
c/o CSC
2711 Centerville Road
Wilmington, DE 19808
888-690-2882

Lienholder Address
ONEWEST BANK, FSB
888 E. WALNUT STREET
PASADENA, CA 91101

Lienholder Alternate Address
ONEWEST BANK, FSB
6900 BEATRICE DRIVE
KALAMAZOO, MI 49009

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 (COA-SA)     **F 7004-1**

Case 2:09-ap-02170-EC    Doc 18   Filed 03/29/10   Entered 03/29/10 10:26:22   Desc
                         Main Document    Page 10 of 17
Case 2:09-ap-02170-EC    Doc 13   Filed 02/01/10   Entered 02/01/10 13:14:56   Desc
                         Main Document    Page 6 of 10
Case 2:09-ap-02170-EC    Doc 12   Filed 01/29/10   Entered 01/29/10 13:13:16   Desc
                         Main Document    Page 1 of 5




# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 09-30710-EC |
| MONICA LYNN BRECKENRIDGE | Chapter 13 |
| Debtor(s). | |
| MONCIA LYNN BRECKENRIDGE | Adversary No.: 09-02170-EC |
| Plaintiff(s), | AMENDED SCHEDULING ORDER |
| vs. | |
| ONEWEST BANK, FSB | |
| Defendant(s). | |

This adversary proceeding having been assigned to the undersigned judge,

IT IS HEREBY ORDERED:

1. The following dates shall apply to this adversary proceeding:

Status Conference:     April 28, 2010   at   2:00 p.m.

Discovery Cutoff (all discovery motions must be heard by this date):     6/30/10

Case 2:09-ap-02170-EC    Doc 18    Filed 03/29/10    Entered 03/29/10 10:26:22    Desc
                         Main Document    Page 11 of 17
Case 2:09-ap-02170-EC    Doc 13    Filed 02/01/10    Entered 02/01/10 13:14:56    Desc
                         Main Document    Page 7 of 10
Case 2:09-ap-02170-EC    Doc 12    Filed 01/29/10    Entered 01/29/10 13:13:16    Desc
                         Main Document    Page 2 of 5

| | |
|---|---|
| Date by which all other pretrial motions must be heard: | 9/30/10 |
| Pretrial Conference: | 11/10/10 at 3:00 p.m. |
| Trial: | 12/8/10 at 9:30 a.m. |

2. The above trial date is a stacking date. An actual trial date will be assigned during the pretrial conference. The actual trial date is likely to be within five court days of the stacking date and definitely will be within the same month as the stacking date.

3. This order applies to counsel for all parties and to individuals not represented by counsel.

4. Unless otherwise ordered, all applicable Federal Rules of Civil Procedure, Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rules shall apply to this adversary proceeding.

5. All parties shall review the Second Amended General Order No. 95-01 ("Adoption of Mediation Program for Bankruptcy Cases and Adversary Proceedings").

6. The plaintiff shall serve a copy of this scheduling order on all parties to the adversary proceeding along with the summons and complaint. Proof of service of the summons and complaint must indicate that copies of this scheduling order were served in accordance with this order.

7. The plaintiff must serve, along with the summons, complaint and this order, a notice that compliance with Rule 7026 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7026-1 is required. The plaintiff must file proof of service of the notice with the proof of service of the summons, complaint and this order.

Case 2:09-ap-02170-EC    Doc 18    Filed 03/29/10    Entered 03/29/10 10:26:22    Desc
Main Document    Page 12 of 17
Case 2:09-ap-02170-EC    Doc 13    Filed 02/01/10    Entered 02/01/10 13:14:56    Desc
Main Document    Page 8 of 10
Case 2:09-ap-02170-EC    Doc 12    Filed 01/29/10    Entered 01/29/10 13:13:16    Desc
Main Document    Page 3 of 5

8. All counsel and parties must comply with Local Bankruptcy Rule 7016-1 which requires filing a joint status report at least fourteen days (or a unilateral status report at least ten days) before the status conference. The status report shall be prepared on Local Form No. F 7016-1.1.

9. If the parties request dates for discovery cutoff, pretrial motion cutoff, pretrial conference, or trial other than those ordered herein, this request shall be made in the joint status report, together with a statement of the reasons for the requested dates.

10. The parties must include in their joint status report a statement, in compliance with Local Bankruptcy Rule 7026-1(b)(2), that they have met to discuss settlement and that they have exchanged documents, other evidence, lists of witnesses and preliminary discovery schedules.

11. If no response to the complaint is timely filed, the plaintiff may request entry of default by the Clerk of the Bankruptcy Court. See Local Bankruptcy Rule 7055-1(a). The plaintiff may also request entry of a default judgment by filing and serving an appropriate motion. See Rule 7055 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7055-1(b).

12. The court will not schedule more than one motion for summary judgment in any given week. If a party waits until just before the pretrial motion deadline date to schedule a hearing on a motion for summary judgment, it is likely the motion will not be set for hearing.

13. Pursuant to Local Bankruptcy Rule 7016-1(b)(1), a joint pretrial order in strict compliance with the provisions of Local Bankruptcy Rule 7016-1(b)(2) shall be lodged at least fourteen days before the date set for the pretrial conference.

14. Failure to comply with the provisions of this order may subject the responsible party to sanctions.

Case 2:09-ap-02170-EC    Doc 18    Filed 03/29/10    Entered 03/29/10 10:26:22    Desc
              Main Document    Page 13 of 17
Case 2:09-ap-02170-EC    Doc 13    Filed 02/01/10    Entered 02/01/10 13:14:56    Desc
              Main Document    Page 9 of 10
Case 2:09-ap-02170-EC    Doc 12    Filed 01/29/10    Entered 01/29/10 13:13:16    Desc
              Main Document    Page 4 of 5

1  15. Failure to appear at a status conference or a pretrial conference may be considered an abandonment or
2  failure to prosecute or defend diligently, and the adversary proceeding may be dismissed or judgment may
3  be entered against the defaulting party.

6  DATED: January 29, 2010

*Ellen Carroll*
Ellen Carroll
United States Bankruptcy Judge

4/15/09

Case 2:09-ap-02170-EC    Doc 18    Filed 03/29/10    Entered 03/29/10 10:26:22    Desc
Main Document    Page 14 of 17

Case 2:09-ap-02170-EC    Doc 13    Filed 02/01/10    Entered 02/01/10 13:14:56    Desc
Main Document    Page 10 of 10

Case 2:09-ap-02170-EC    Doc 12    Filed 01/29/10    Entered 01/29/10 13:13:16    Desc
Main Document    Page 5 of 5

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.
4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled __SCHEDULING ORDER__ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Leon D. Bayer
888 South Figueroa Street, ste. 1970
Los Angeles, CA 90017

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

JON D. CERETTO, Clerk
U.S. Bankruptcy Court

By:
SHARON SUMLIN
_____
Deputy Clerk

# DECLARATION OF LEON D. BAYER IN SUPPORT OF

# REQUEST FOR DEFAULT JUDGMENT

I, LEON D. BAYER, hereby declare and say as follows:

1. I am the attorney for Plaintiff, MONICA LYNN BRECKENRIDGE. I filed a Complaint to Extinguish the Lien of ONEWEST BANK, FSB on September 17th, 2009.

2. The Summons and Complaint was served on Defendants on September 28th, 2009 by US mail service.

3. The time for filing an answer or other response expired on October 26th, 2009.

4. No answer or other response has been filed or served by Defendants.

5. I request that Honorable Judge ELLEN CARROLL enter a default judgment against Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of January, 2010 at Los Angeles, California.

_____
LEON D. BAYER, ESQ.

-1-

LEON D. BAYER, Bar No. 89027
BAYER, WISHMAN & LEOTTA
Attorneys at Law
888 N. Figueroa Street
Suite 1970
Los Angeles, CA 90017
(213) 629-8801 Telephone
(213) 629-8802 Facsimile

Attorney for Debtor
MONICA LYNN BRECKENRIDGE

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MONICA LYNN BRECKENRIDGE,<br><br>Debtor. | Case No. 2:09-ap-02170-EC<br><br>Chapter 13<br><br>DECLARATION OF DEBTOR IN SUPPORT OF MOTION FOR DEFAULT JUDGEMENT TO EXTINGUISH LIEN OF ONEWEST BANK, FSB<br><br>[NO HEARING REQUIRED] |

I, MONICA LYNN BRECKENRIDGE, hereby declare as follows:

1. I filed a Chapter 13 bankruptcy as case number 2:09-bk-30710-EC on August 7th 2009.

2. My attorney filed an Adversary Complaint on September 17th, 2009 to Extinguish the Lien of ONEWEST BANK, FSB.

3. Attached to this declaration are the following supplemental exhibits pertaining to the Motion to Extinguish Lien on real property located at 3943 Wellington Road, Tract #12530, Lot 93: **Exhibit A-** Recorded 1st Deed of Trust; **Exhibit B-** Recorded 2nd Deed of Trust; **Exhibit C-** Current Property Appraisal.

-1-

4. Based on the appraisal of Darius G. Carter, dated August 28th, 2009, my property's value is $350,000.00. This is approximately $235,000.00 less than the balance on the 1st Deed of Trust. This confirms that ONEWEST BANK, FSB's lien wholly unsecured.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this __8th__ day of <u>December</u> 2009, at Los Angeles, California.

MONICA LYNN BRECKENRIDGE
Debtor

-2-